**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 401 MAL 2017

           Respondent    :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
           v.                  :

                                 :

WESLEY TSE,                   :

           Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.